UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANDRA KORAJKIC,   Case No.: 7:20-cv-02749-CS

          Plaintiff,

-against-

                                                   **CONSENT TO**
                                                 **CHANGE ATTORNEY**

SOBO & SOBO LLP and RAYMOND J. IAIA,
in his individual and official capacities,

          Defendants.
------------------------------------------------------------------X

     **IT IS HEREBY STIPULATED, AGREED AND CONSENTED** that Raymond J. Iaia, Esq., 42 Catharine Street, Suite 108, Poughkeepsie, New York 12601, be and hereby is substituted as attorneys of record for the Defendant, Raymond J. Iaia in the above-captioned action in place and stead of the undersigned outgoing attorney as of the date set forth herein.

Dated: January 4, 2021
         Lagrange, New York

Law Offices of Thomas J. Minotti, P.C.

By: _/s/ Thomas J. Minotti_                   By: _/s/ Raymond J. Iaia_
Thomas J. Minotti, Esq.                         Raymond J. Iaia, Esq.
Outgoing Attorney                               Pro Se
1131 Route 55, Suite 6                        42 Catharine Street, Suite 108
Lagrangeville, NY 12540                     Poughkeepsie, NY 12601
(845) 570-9300                                     (845) 379-1917

The Clerk of Court is respectfully directed to terminate Mr. Minotti as counsel for Defendant Iaia.  The Clerk shall also terminate Doc. 62.

          SO ORDERED.

_/s/ Cathy Seibel_    1/12/21
CATHY SEIBEL, U.S.D.J.